NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENTA MOORE,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D18-4954
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed August 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.

        Affirmed.  See Roberts v. State, 753 So. 2d 136 (Fla. 2d DCA 2000);

Ishmael v. State, 735 So. 2d 509 (Fla. 2d DCA 1999); Perry v. State, 808 So. 2d 268

(Fla. 1st DCA 2002); Woods v. State, 807 So. 2d 727 (Fla. 1st DCA 2002); Middleton v.

State, 721 So. 2d 792 (Fla. 3d DCA 1998).


MORRIS, SLEET, and ATKINSON, JJ., Concur.